UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 13-cr-00362-AWI-BAM (001) |
| Plaintiff, | ORDER STAYING RELEASE |
| v. | |
| GAYLENE LYNNETTE BOLANOS, | |
| Defendant. | |

The above named defendant was Ordered Released with conditions by Judge Jonathan B. Conklin on October 3, 2013. This Court ORDERS defendant Gaylene Lynnette Bolanos' **release DELAYED UNTIL, TUESDAY, OCTOBER 8, 2013 at 9:00 A.M. from Fresno County jail.**

FURTHER ORDERED that defendant shall report to Pretrial Service Office at the Fresno U.S. District Courthouse upon her release.

IT IS SO ORDERED.

Dated:   **October 7, 2013**                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE

1