# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-0362 AWI-BAM |
| Plaintiffs, | **ORDER ON DEFENDANT'S MOTION FOR AN AFFIDAVIT** (Doc. 111) |
| v. | |
| GAYLENE LYNNETTE BOLANOS, et al., | |
| Defendants. | |
| _____/ | |

Defendant, Gaylene Lynnette Bolanos, is proceeding *pro se* in this criminal action pursuant to *Faretta v. California*, 422 U.S. 806 (1975). Defendant filed a motion for an affidavit or statement of evidence on December 23, 2013. (Doc. 111.) The motion requests the Court to compel certain persons to complete an affidavit as to events related to a phone call to her home on December 19, 2013. The Court finds that an opposition to the motion is unnecessary and deems the motion submitted.

The discovery of available in criminal cases is generally circumscribed by: (1) Fed.R.Crim.P. 16, (2) the Jencks Act 18 U.S.C. § 3500, and (3) the doctrine set forth in *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194 (1963) (stating that in criminal prosecutions, these three rules exhaust the universe of discovery to which the defendant is entitled.)

////

////

The Court construes the motion as a request for an evidentiary hearing. As the substance of the motion has no relevance to the claims in the indictment, the Court DENIES the request for an evidentiary hearing.

IT IS SO ORDERED.

Dated:   **January 28, 2014**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

2