# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAYLENE LYNNETTE BOLANOS, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:13-CR-0362 AWI-BAM<br><br>**ORDER RE REQUEST FOR ELECTRONIC FILING AND TO ADDRESS APPOINTMENT OF STANDBY COUNSEL**<br><br>Motion Filing Deadline: July 25, 2014<br><br>Standby Counsel Deadline: August 11, 2014 |

　　　　Defendant, Gaylene Lynnette Bolanos, is proceeding *pro se* in this criminal action pursuant to *Faretta v. California*, 422 U.S. 806 (1975).  At the status conference on July 1, 2014, the issue of Ms. Bolanos' receipt of mail and correspondence from counsel and the Court was discussed, as more fully placed on the record.  Ms. Bolanos requested the Court approve her for electronic filing.  Pursuant to Local Rule 133(b), Ms. Bolanos shall file her written motion setting forth an explanation of the reasons for permitting electronic filing no later than July 25, 2014.

　　　　Further, at the status conference, the Court continued the hearing on Defendant Calles' motion to deem this case complex, pursuant to 18 U.S.C. §3161, to August 19, 2014.

　　　　In light of the motion and the issues raised, the amount of discovery, and the proceedings to date in this case, the Court also intends to address appointment of standby counsel for Ms. Bolanos at the August 19, 2014 hearing.  As this Court intends the term, 'standby counsel' means an attorney appointed by the court to be prepared to represent the defendant if the defendant's self-

representation is terminated. *See United States v. Salemo*, 81 F.3d 1453, 1456 n. 2 (9th Cir. 1996). Standby counsel is to be appointed for the continuity of this case, in the interests of judicial economy, and for efficient case management, communication, and effective trial preparation and trial.  Until further order of the Court, standby counsel will not represent Ms. Bolanos and will not be advisory counsel, and Ms. Bolanos will have actual control over the content of her defense and her representation in court.  The government and Ms. Bolanos, and any other party wishing to be heard, shall file briefing on this issue no later than August 11, 2014.

IT IS SO ORDERED.

Dated: **July 2, 2014**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE