# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAYLENE LYNNETTE BOLANOS, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:13-CR-0362 AWI-BAM<br><br>**ORDER CONSTRUING LETTERS AS REQUESTS FOR A BAIL REVIEW AND DENYING REQUEST** |

On September 24, 2014, this Court detained defendant Gaylene Bolanos, proceeding *pro se* pursuant to *Faretta v. California*, 422 U.S. 806 (1975), upon a finding that Defendant violated conditions of release and that Defendant was unlikely to abide by any condition and that no condition would assure Defendant would not flee. (Doc. 182.) Since the detention, Defendant has submitted two letters, filed on October 9 and October 14, 2014. (Doc. 186, 187.) The Court has reviewed the letters and construes them as requests for a bail review. Having considered the letters, the Court DENIES the request for a bail review. Defendant does not address any of the issues raised at the detention hearing regarding Defendant's full compliance with all pretrial conditions and the acceptance of mail from the Court.

IT IS SO ORDERED.

Dated: **October 16, 2014**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE