# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

P14-0005

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| CAE | BOLANOS, GAYLENE LYNNETTE (PRO SE) | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| | 1:13-000362-001 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) | |
| US v. BOLANOS | Felony | (PRO SE DEFENDANT) Adult Defendant | Criminal Case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 286.F -- CONSPIRE TO DEFRAUD GOVERNMENT RESPECT TO CLAIM

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED. (Describe briefly)

**CRIMINAL CASE**

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

**VARIOUS (SEE ATTACHED ECF DOC. #201)**

FILED DEC 17 2014 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) — Judge's Initials

A. Apportioned Cost ___% of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Real Time Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

/s/ pro se defendant — see attached
Signature of Attorney — Date

Gaylene Lynnette Bolanos
Printed Name

Telephone Number: See attached signed request

☐ Panel Attorney  ☐ Retained Atty  ☒ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

12/17/14
Date of Order — Nunc Pro Tunc Date

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date: _____

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____ Date _____

23. APPROVED FOR PAYMENT

Signature of Judicial Officer or Clerk _____ Date _____

24. AMOUNT APPROVED





## FILE ON DEMAND
## IN THE PERMANENT EVIDENCE FILE OF
## Cestui Que Vie Trust (CQVT) 13CR00362

### NOTICE OF SPECIFIC REQUEST/INSTRUCTIONS
### TO ALL TRUSTEES OF Cestui Que Vie Trust (CQVT) 13CR00362 TO PROVIDE TO BENEFICIARY ALL AUDIOS, TRANSCRIPTS AND MINUTE ORDERS AT NOT COST TO BENEFICIARY

**December 09, 2014**
**Trustee Fiduciary Marianne Matherly, Clerk of Court, Custodian of Documents:**
**This is time sensitive material. File and distribute to all required and/or necessary recipients**

With all due respect, beneficiary gaylene l. bolanos, comes again in peace, with the Grace and forgiveness of Yeshua, Prince of Peace and Lord of Lords, clean hands and in good faith, again with specific directives/instructions to trustees, including Fiduciary Trustee Marianne Matherly, custodian of documents/clerk of court, and Magistrate Judge Trustee Barbara McAuliffe to immediately, kindly:

1. provide to beneficiary, at no cost to beneficiary, every audio, transcript and minute order of **every** proceeding of this CQVT 13CR00362 matter, starting with the most recent, working back to the beginning, all dates from today to 12/08/2014 back to 09/26/2013 including but not limited to: 09/26/2013, 10/03/2013, 10/04/2013, 10/07/2013, 10/08/2013, 10/15/2013, 10/28/2013, 10/30/2013, 11/1/2013, 11/25/2013, 12/23/2013, 12/27/2013, 1/27/2014, 04/02/2014, 04/07/2014, 04/14/2014, 07/01/2014, 08/19/2014, 08/28/2014, 09/24/2014, 11/17/2014 (everything of 11/17/14 including but not limited to: Jacob Scott request, and what Barbara A. McAuliffe signed on 11/14/14 and the exact reason for delayed release as listed and/or referred to on PACER), and 12/08/2014. A list of dates has been provided to beneficiary by Otilia Figueroa, see Attachment A.

2. provide to beneficiary the record/recording, notes, minutes and/or transcripts of March 28, 2014 beneficiary meeting with Grant Rabenn, Megan Richards and 2 additional witnesses.

3. ensure that all audio, transcripts and minute orders of all proceedings are complete and accurate with nothing altered, missing or eliminated, are rapidly and immediately made

available to beneficiary, <u>without</u> obliging beneficiary to appear for any proceeding, again, to accomplish this long overdue necessity.

4. rush to provide all audio by 6pm Friday, December 12, 2014, and provide all transcripts and minute orders immediately, no later than Monday, December 15, 2014. The audio's are immediately available, and the court is able provide this to beneficiary with no delay. Time is crucial and of the essence. Beneficiary can have them picked up at the Federal Courthouse.

This is beneficiary's third official instruction/directive/request on record, reasonable time is far in the past. The unwarranted delay by custodian of documents/clerk of court and/or court, has seriously obstructed and hindered beneficiary's defense and has caused documented material harm and damage to beneficiary.

By the unrefuted, irrefutable, non-negotiable and irrevocable testimony of Public Record, beneficiary and all defendants of this Cestui Que Vie Trust 13CR00362 have broken no law, committed no crime, injured no man, woman or child, are no danger to any man, woman or child, accept no liability, and accept no transfer of liability.

A unrefuted statement stands as truth. There is no evidence to the contrary.

> The Father, the Word and the Holy Spirit bear record in Heaven and those three are one.
> My record, birthright, authority, immunity is sealed in heaven. And the spirit, the water
> and the blood bear witness and testify in earth of this record and these three and
> I agree, this is the testimony of God, is the greater witness and testimony
> and so is established on earth.     1 John 5:7,8

Thank you for your kind immediate attention in this urgent matter

WITHOUT PREJUDICE – WITHOUT RECOURSE – NON ASSUMPSIT - EXEMPT FROM LEVY
All RIGHTS RESERVED - ERRORS AND OMISSIONS EXCEPTED

December 09, 2014

*/s/ gaylene bolanos*
c/o gaylene I bolanos, beneficiary
c/o 6515 N Fine Avenue
Fresno, California, without the United States

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES & ALL POLITICAL SUBDIVISIONS**

THIS DOCUMENT AND ALL ATTACHMENTS THERETO ARE OFFERO AS AN ANSWER OF PEACE, IN GOOD FAITH AND WITH CLEAN HANDS, ARE NOT INTENDED TO HARASS, RETALIATE, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, CAUSE ANXIETY, ALARM, CONTEMNPT, DISTRESS, OR IMPEDE PUBLIC PROCEDURES. THIS IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS FOR LAWFUL PURPOSES TO FACILITATE SETTLEMENT OF THIS ACCOUNT AND ALL VERIFIED CLAIMS. THIS IS AN ATTEMPT TO ACHIEVE HONORABLE PEACEABLE SETTLEMENTS AND TO MAKE ALL PARTIES WHOLE. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO PERPETRATING AND COMMITTING A FRAUD UPON THE COURT.

12/11/2014

Transcripts and Audios for Beneficiary Bolanos,
at NO CHARGE to Beneficiary,
ALL Proceedings Regarding CQVT 13CR00362          Attachment A

11 of the hearings that you have requested were recorded using our audio system and not reported by a court reporter.

The process to order the transcript is a little different  This is what you have to do to order a transcript.

Fill out the attached order form and e-mail back to me.

3. You will then have to mail a check, money order, or cashiers check and a copy of the order form to the transcribing firm who is transcribing the audio.  This is the contact information:

Petrilla Reporting & Transcription
5002 - 61st Street
Sacramento, CA 95820-5706
(916) 455-3887 (fax)(916)456-5436
e-mail: patpetrilla@comcast.net

The total dollar amount for all the transcripts is $925.20.  The reporting firm will not start transcribing any of the hearings until they receive the money.

If cost of the audio is $30.00 per hearing.  The total would be $420.00 for 14 hearings that were recorded using the audio system.

Otilia Figueroa
Electronic Court Recorder Operator
United States District Court
2500 Tulare Street, Suite 1501
Fresno, CA 93721
559-499-5928

2 of 2

---

12/11/2014

Transcripts and Audios for Beneficiary Bolanos,
at NO CHARGE to Beneficiary,
ALL Proceedings Regarding CQVT 13CR00362          Attachment A

From: OFigueroa@caed.uscourts.gov<OFigueroa@caed.uscourts.gov>   Tue, Dec 2, 2014 at 3:40 PM
To: Gaylene

Hello

Some of the hearings have been transcribed and others have not.  I will try to make this as clear as possible.

| Date | | Pages | Amount | Notes |
|---|---|---|---|---|
| | 30 days | | | |
| 10/3/2013 | 20 pages | | $73.00 | |
| 10/4/2013 | 36 pages | | $131.40 | |
| 10/7/2013 | 22 pages | | $80.30 | |
| 10/8/2013 | 16 pages | | $58.40 | |
| 10/15/2013 | | | | Already transcribed; print out at Clerks Office or Mail money order to Pat Petrilla = $28.00 |
| 10/28/2013 | | | | Already transcribed; Contact Karen Hooven to receive copy or print out at Clerks Office |
| 10/30/2013 | | | | Already transcribed; print out at Clerks Office or Mail money order to Pat Petrilla = $29.00 |
| 11/1/2013 | 26 pages | | $94.90 | |
| 11/25/2013 | | | | Already transcribed; Contact Karen Hooven to receive copy or print out at Clerks Office |
| 12/23/2013 | | | | Hearing was reported Karen Hooven; call her to receive transcript 559-264-0584 |
| 1/27/2014 | | | | Hearing was reported Karen Hooven; call her to receive transcript 559-264-0584 |
| 4/2/2014 | 18 pages | | $65.70 | |
| 4/14/2014 | 22 pages | | $80.30 | |
| 7/1/2014 | 23 pages | | $83.95 | |
| 8/19/2014 | | | | Already transcribed; print out at Clerks Office or Mail money order to Pat Petrilla = $31.00 |
| 8/28/2014 | 16 pages | | $58.40 | |
| 9/24/2014 | 28 pages | | $102.20 | |
| 11/17/2014 | 21 pages | | $76.65 | |

1 of 2