UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 13-CR-00362-AWI-BAM |
| Plaintiff, | **ORDER DENYING "TRUSTEE" DESIGNATION** |
| v. | |
| GAYLENE LYNNETTE BOLANOS, ET Al., | |
| Defendants. | |
| _____/ | |

Defendant, Gaylene Lynnette Bolanos, is proceeding *pro se* in this criminal action, and on January 9, 2015, filed a Notice of Specific Request/Instructions to All Trustees of Cestui Que Vie Trust (CVQT) to Provide to Beneficiary All Audios, Transcript and Minute Orders at No Cost to Beneficiary (Doc. 215).  This Court previously approved Defendant's request for transcripts on December 17, 2014.

Defendant's January 9, 2015 filing, again, refers to trust law and makes requests based upon a "trust."  Trust law is legally inapplicable to this criminal proceeding.  As Ms. Bolanos has been repeatedly informed, no judge is a trustee for her.  No prosecutor is a trustee for her.  No court staff is a trustee for her.  Any request to create a trust, although unnecessary, is DENIED.  The Court granted her request for transcripts solely because of her statements to the Court that the transcripts

///

///

///

1

are necessary for her defense, even though the Court does not so agree.  In the abundance of caution to permit this pro se defendant to have materials she perceives are necessary, the Court has granted the request for transcripts.

IT IS SO ORDERED.

Dated:   **January 15, 2015**          _____/s/ _Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE

2