Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for Gaylene Lynnette Bolanos

FILED
APR 10 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-362 AWI-BAM |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR AN ORDER EXONERATING CASH BOND; [PROPOSED] ORDER |
| v. | |
| GAYLENE LYNNETTE BOLANOS, | DATE: APRIL 9, 2018<br>TIME: 1:30 P.M.<br>CRTRM: 2 |
| Defendant. | Judge: Anthony W. Ishii |

TO McGREGOR W. SCOTT UNITED STATES ATTORNEY AND GRANT RABENN ASSISTANT U.S. ATTORNEY, ATTORNEY FOR PLAINTIFF, THE UNITED STATES OF AMERICA:

PLEASE TAKE NOTICE that on April 9, 2018, at 1:30 p.m., or a soon thereafter as counsel may be heard, in the courtroom of the Honorable Anthony W. Ishii, United States District Court Judge, defendant Gaylene Lynnette Bolanos will move the court for an order exonerating the cash bond posted by Brian Weldon in the amount of $5,000.

*United States v. Gaylene Lynnette Bolanos, Case No. 1:13-cr-362 AWI*
NOTICE OF MOTION AND MOTION FOR ORDER EXONERATING CASH BAIL; [PROPOSED] ORDER

1

This motion is based on the supporting points and authorities, all files and records in this case and on such evidence and argument as may be presented at the hearing on this motion.

Dated: February 23, 2018
Respectfully submitted,
/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
GALYENE LYNNETTE BOLANOS

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about October 4, 2013, a $5,000 cash bond was posted by Brian Weldon on behalf of defendant Gaylene Lynnette Bolanos, in case 1:13-cr-362, Cash Bond Receipt #CAE100023829.

On March 7, 2016, Ms. Bolanos was sentenced in the above-captioned case to serve 120 months in prison. Federal Rules of Criminal Procedure, Rule 46(g) requires exoneration and release of bail when a bond condition has been satisfied. The conditions of Ms. Bolanos' bond having been satisfied it is hereby requested that the $5,000 cash bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to refund the entire cash bond to Brian Weldon.

Dated: February 23, 2018
/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
GAYLENE LYNNETTE BOLANOS

*United States v. Gaylene Lynnette Bolanos*, Case No. 1:13-cr-362 AWI
NOTICE OF MOTION AND MOTION FOR ORDER EXONERATING CASH BAIL; [PROPOSED] ORDER

2

| | [~~PROPOSED~~] ORDER |
|---|---|
| 1 | |
| 2 | IT IS HEREBY ORDERED that the cash bond in the amount of $5,000 posted by Brian Weldon on behalf of defendant Gaylene Lynnette Bolanos, is exonerated. The Clerk of the District Court is hereby ordered to refund to Brian Weldon the $5,000 cash bond, Receipt #CAE100023829, received by the clerk on or about October 4, 2013. |

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the cash bond in the amount of $5,000 posted by Brian Weldon on behalf of defendant Gaylene Lynnette Bolanos, is exonerated. The Clerk of the District Court is hereby ordered to refund to Brian Weldon the $5,000 cash bond, Receipt #CAE100023829, received by the clerk on or about October 4, 2013.

Dated: 4-10-18

/s/ Anthony W. Ishii
ANTHONY W. ISHII
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*United States v. Gaylene Lynnette Bolanos, Case No. 1:13-cr-362 AWI*
NOTICE OF MOTION AND MOTION FOR ORDER EXONERATING CASH BAIL;
[PROPOSED] ORDER

3