**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GAYLENE LYNNETTE BOLANOS,<br><br>Defendant | CASE NO. 1:13-CR-0362 AWI-1<br><br>ORDER FOR THE UNITED STATES TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

On September 21, 2020, Petitioner filed a second motion for compassionate release under 28 U.S.C. § 3582(c)(1)(A) based on her health/physical condition, the conditions at FCI Dublin, and the Covid 19 pandemic. After review, the Court finds that it is appropriate for the United States to respond to Defendant's motion. By this order, the Court will establish a briefing schedule to resolve Defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. That the United States shall respond to Defendant's motion for compassionate release on or by October 1, 2020; and

2. Defendant shall file a reply on or by October 6, 2020;[1] and

3. If the Court determines that a hearing is necessary, it will issue a separate order setting a hearing date.

IT IS SO ORDERED.

Dated:  September 22, 2020                              _____
                                                                        SENIOR DISTRICT JUDGE

---

[1] The Court understands that restrictions regarding Covid 19 have created numerous challenges for both the Court and those who appear before it. If additional time is needed to file either a response or a reply, the parties are highly encouraged to meet and confer and attempt to reach a stipulation for additional time. While the Court will give effect to any stipulation, the stipulation for additional time should be measured in days, not weeks.