HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GAYLENE LYNETTE BOLANOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:13-cr-00362-AWI-BAM-1 |
|---|---|
| Plaintiff, | ) |
| | ) **[PROPOSED]** SEALING ORDER |
| vs. | ) |
| | ) JUDGE: Hon. Anthony W. Ishii |
| GAYLENE LYNETTE BOLANOS, | ) |
| Defendant-Movant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibit C to Defendant-Movant's Second Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information is not available on the public docket. The Request and its Exhibit C are to be provided to the Court and Assistant United States Attorney Grant Benjamin Rabenn.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  September 22, 2020

_____
SENIOR DISTRICT JUDGE