McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00362-AWI-BAM |
| Plaintiff/Respondent, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| GAYLENE BOLANOS, | |
| Defendant/Movant. | |

On January 6, 2021, Respondent requested a 13-day extension of time to file its response or opposition to Defendant Bolanos' *pro se* Renewed Motion for Compassionate Release.

IT IS HEREBY ORDERED, that Respondent's request for a 13-day extension is granted. The response is now due January 19, 2021.

IT IS SO ORDERED.

Dated:  January 6, 2021                    _____
                                            SENIOR DISTRICT JUDGE

ORDER